Rocco Salvatore **LUPINO**, also known as "Rocky", Appellant,

v.

**UNITED STATES of America.**

No. 16086.

United States Court of Appeals
Eighth Circuit.

Sept. 19, 1958.

Richard B. Ryan, St. Paul, Minn., for appellant.

Clifford Janes, Asst. U. S. Atty., St. Paul, Minn., for appellee.

Before SANBORN, WOODROUGH and VOGEL, Circuit Judges.

PER CURIAM.

The appellant, defendant in the District Court, who is charged with violations of Section 1073 of Title 18 U.S.C., and whose trial is imminent, has appealed from an Order of that Court fixing bail at $75,000, which he contends is unreasonable, excessive and unlawful.

After hearing the arguments of counsel, and upon due consideration, we have reached the conclusion that the Order appealed from should be affirmed without prejudice to the defendant applying to the District Court for further reduction of bail if so advised.

It is so ordered.

**Arthur F. SMALLFIELD**, Appellant,

v.

**HOME INSURANCE COMPANY OF NEW YORK**, a corporation, Appellee.

No. 15935.

United States Court of Appeals
Ninth Circuit.

Sept. 15, 1958.

Rehearing Denied Oct. 27, 1958.

See also 244 F.2d 337.

Louis Elowitt, Los Angeles, Cal., for appellant.

Thomas P. Menzies, James O. White, Jr., Los Angeles, Cal., for appellee.

Before DENMAN, ORR and POPE, Circuit Judges.

PER CURIAM.

The judgment is affirmed.